Form 200 − blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 26−21522−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Raynell Nicole Nichols
1270 N Broad St Apt 3A
Hillside, NJ 07205−2482

Social Security No.:
xxx−xx−4359

Employer's Tax I.D. No.:

NOTICE ADJOURNING MEETING OF CREDITORS

Statement Adjourning 341(a) Meeting of Creditors (Originally Scheduled for 11/9/2026) filed by Eric Raymond Perkins. 341(a) Meeting Continued to 12/1/2026 at 12:00 PM at Zoom − Perkins: join.zoom.us Meeting ID 805 912 4882, Passcode 7241283485, or call 1−862−375−1189. filed by Trustee Eric Raymond Perkins

Dated: November 3, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Raynell Nicole Nichols
Debtor

Case No. 26-21522-VFP
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2026 | Form ID: 200 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raynell Nicole Nichols, 1270 N Broad St Apt 3A, Hillside, NJ 07205-2482 |
| 521393396 | | Alzhane McMillion, 1270 N Broad St Apt 3A, Hillside, NJ 07205-2482 |
| 521393399 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521393409 | | RWJBarnabas Health, Attn: Bankruptcy, 200 Somerset St, New Brunswick, NJ 08901-1942 |
| 521393412 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521393397 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Nov 04 2026 20:56:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521393398 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2026 20:50:28 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521393400 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2026 20:51:37 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521393401 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2026 20:51:36 | Department Stores National Bank, Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521393402 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 04 2026 20:57:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 521393403 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2026 20:56:00 | GM Financial, Attn: Bankruptcy, 801 Cherry St #3500, Fort Worth, TX 76102-6854 |
| 521393404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2026 20:56:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521393405 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2026 20:51:06 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521393407 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 04 2026 20:55:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521393406 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 04 2026 20:57:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1922 |
| 521393408 | | Email/Text: bankruptcy@td.com | Nov 04 2026 20:57:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 521393411 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 04 2026 20:55:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521393410 | ^ | MEBN | Nov 04 2026 20:41:33 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521393413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2026 20:51:27 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 521393414 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2026 20:57:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521393415 | ^ | MEBN | Nov 04 2026 20:41:52 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521393416 | | Email/Text: UpStart@ebn.phinsolutions.com | Nov 04 2026 20:57:00 | Upstart, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 521393418 | | Email/Text: bankruptcy_notices@wgresorts.com | Nov 04 2026 20:55:00 | Westgate Resorts, Attn: Bankruptcy, 5601 Windhover Dr, Orlando, FL 32819-7936 |
| 521393417 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Nov 04 2026 20:51:34 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins EPerkins@hlgslaw.com nj42@ecfcbis.com;yrodriguez@hlgslaw.com |
| Eric Raymond Perkins | EPerkins@hlgslaw.com nj42@ecfcbis.com;yrodriguez@hlgslaw.com |
| Michael I. Assad | on behalf of Debtor Raynell Nicole Nichols mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4